*George M. Rountree,* for appellee.

## 58827. GOLDEN v. PAYNE.

Deen, Chief Judge.

The opinion in this case, 152 Ga. App. 800 (264 SE2d 292) (1979), having been reversed by the Supreme Court, 245 Ga. 784 (267 SE2d 211) (1980) is hereby vacated and the opinion of the Supreme Court is made the judgment of this court.

*The judgment of the trial court is affirmed. Shulman and Carley, JJ., concur.*

Argued November 5, 1979 — Decided May 21, 1980.

*Guy G. Michaud, Edward T. Walsh,* for appellant.
*W. E. Zachary, Sr.,* for appellee.